| Employee: | 1887 | TAMMY STRAUGHN | | | | Mercer County BHC, Inc. |
|---|---|---|---|---|---|---|
| Check #: | 000144033 | Department: | 1 | | | |
| Check Date: | 6/13/2024 | Pay Period Dates: | 05/26/2024 - 06/08/2024 | | | |

### Earning

| Description | Position | Pay Type | Rate | Days/Hours | This Check |
|---|---|---|---|---|---|
| WAGES | | Regular Pay | 26.67 | 11.25 | 300.04 |
| WAGES | | Regular Pay | 26.67 | 3.75 | 100.01 |
| WAGES | | Regular Pay | 26.67 | 6.00 | 160.02 |
| WAGES | | Regular Pay | 26.67 | 0.75 | 20.00 |
| WAGES | | Regular Pay | 26.67 | 0.75 | 20.00 |
| WAGES | | Regular Pay | 26.67 | 22.50 | 600.08 |
| WAGES | | Regular Pay | 26.67 | 7.50 | 200.03 |
| WAGES | | Regular Pay | 26.67 | 8.25 | 220.03 |
| WAGES | | Regular Pay | 26.67 | 1.50 | 40.01 |
| WAGES | | Regular Pay | 26.67 | 0.75 | 20.00 |
| WAGES | | Regular Pay | 26.67 | 3.75 | 100.01 |
| WAGES | | Regular Pay | 26.67 | 8.25 | 220.03 |
| | | **Total Earnings :** | | **75.00** | **2,000.26** |

### Taxes

| Description | Filing Status | # of Exempt | Addtl Amt/Pct | This Check | YTD Amount |
|---|---|---|---|---|---|
| Federal Withholding Tax | SINGLE | N/A | | 160.72 | 503.22 |
| Medicare - Employee Contribution | | | | 28.64 | 97.66 |
| Pennsylvania Grove City Mercer Cou | | 0 | | 19.75 | 67.35 |
| Pennsylvania State Employee Unem | | | | 1.40 | 4.73 |
| Pennsylvania State Withholding | | 0 | | 60.64 | 206.79 |
| Social Security - Employee Contribut | | | | 122.47 | 417.62 |
| **Total Employee Taxes :** | | | | **393.62** | **1,297.37** |

### Deductions

| Description | Tier Code / Description | This Check | YTD Amount |
|---|---|---|---|
| HEALTH INS PREMIUM | | 25.00 | 25.00 |
| OP TAX | | 0.00 | 10.00 |
| **Total Employee Deductions :** | | **25.00** | **35.00** |

### Direct Deposits

| Description/Type | | This Check | YTD Amount |
|---|---|---|---|
| CB GROVE CITY FCU | Checking | 1,581.64 | 4,590.11 |
| **Total Direct Deposits :** | | **1,581.64** | **4,590.11** |

### Check Summary

| Description | This Check | YTD Amount |
|---|---|---|
| Earnings: | 2,000.26 | 6,760.82 |
| Taxes: | 393.62 | 1,297.37 |
| Deductions: | 25.00 | 35.00 |
| Net Amount: | 1,581.64 | 5,428.45 |
| Direct Deposits: | 1,581.64 | 4,590.11 |
| **Check Amount:** | **0.00** | **838.34** |

### Message Center

DID YOU KNOW??? The Eiffel Tower in Paris can grow up to 6 inches taller during hot summers due to the expansion of its iron structure.

---

Mercer County BHC, Inc.
8406 Sharon-Mercer Road
Mercer, PA  16137

FIRST NATIONAL BANK OF PENN.

60-1809/433

| CHECK DATE | CHECK # |
|---|---|
| 06/13/2024 | 000144033 |

## Non-Negotiable

PAY     ********** Non-Negotiable **********

AMOUNT DIRECT DEPOSIT

Void after 90 days

TO THE ORDER OF

TAMMY STRAUGHN
152 EDGEWOOD AVENUE
GROVE CITY PA 16127

Case 24-22746-GLT    Doc 11    Filed 11/21/24    Entered 11/21/24 14:28:26    Desc Main
Document      Page 2 of 3

| Employee: | 1887 | TAMMY STRAUGHN | | | | Mercer County BHC, Inc. |
|---|---|---|---|---|---|---|
| Check #: | 000143787 | Department: | 1 | | | |
| Check Date: | 5/30/2024 | Pay Period Dates: | 05/12/2024 - 05/25/2024 | | | |

### Earning

| Description | Position | Pay Type | Rate | Days/Hours | This Check |
|---|---|---|---|---|---|
| OVERTIME | | Regular Pay | 26.67 | 0.05 | 1.33 |
| OVERTIME | | Overtime | 40.01 | 0.03 | 1.20 |
| OVERTIME | | Regular Pay | 26.67 | 0.03 | 0.80 |
| OVERTIME | | Overtime | 40.01 | 0.02 | 0.80 |
| OVERTIME | | Regular Pay | 26.67 | 0.03 | 0.80 |
| OVERTIME | | Overtime | 40.01 | 0.02 | 0.80 |
| OVERTIME | | Regular Pay | 26.67 | 0.28 | 7.47 |
| OVERTIME | | Overtime | 40.01 | 0.17 | 6.80 |
| OVERTIME | | Regular Pay | 26.67 | 0.75 | 20.00 |
| OVERTIME | | Overtime | 40.01 | 0.45 | 18.00 |
| OVERTIME | | Regular Pay | 26.67 | 0.13 | 3.47 |
| OVERTIME | | Overtime | 40.01 | 0.08 | 3.20 |
| OVERTIME | | Regular Pay | 26.67 | 0.13 | 3.47 |
| OVERTIME | | Overtime | 40.01 | 0.08 | 3.20 |
| OVERTIME | | Regular Pay | 26.67 | 0.24 | 6.40 |
| OVERTIME | | Overtime | 40.01 | 0.13 | 5.20 |
| OVERTIME | | Regular Pay | 26.67 | 0.25 | 6.67 |
| OVERTIME | | Overtime | 40.01 | 0.15 | 6.00 |
| OVERTIME | | Regular Pay | 26.67 | 0.20 | 5.33 |
| OVERTIME | | Overtime | 40.01 | 0.12 | 4.80 |
| OVERTIME | | Regular Pay | 26.67 | 0.38 | 10.13 |
| OVERTIME | | Overtime | 40.01 | 0.23 | 9.20 |
| OVERTIME | | Regular Pay | 26.67 | 0.03 | 0.80 |
| OVERTIME | | Overtime | 40.01 | 0.02 | 0.80 |
| WAGES | | Regular Pay | 26.67 | 0.69 | 18.40 |
| WAGES | | Regular Pay | 26.67 | 3.44 | 91.74 |
| WAGES | | Regular Pay | 26.67 | 7.56 | 201.63 |
| WAGES | | Regular Pay | 26.67 | 6.88 | 183.49 |
| WAGES | | Regular Pay | 26.67 | 7.54 | 201.09 |
| WAGES | | Regular Pay | 26.67 | 1.38 | 36.80 |
| WAGES | | Regular Pay | 26.67 | 10.31 | 274.97 |
| WAGES | | Regular Pay | 26.67 | 3.44 | 91.74 |
| WAGES | | Regular Pay | 26.67 | 5.50 | 146.69 |
| WAGES | | Regular Pay | 26.67 | 0.69 | 18.40 |
| WAGES | | Regular Pay | 26.67 | 0.69 | 18.40 |
| WAGES | | Regular Pay | 26.67 | 20.63 | 550.20 |
| | | **Total Earnings :** | | **72.75** | **1,960.22** |

### Taxes

| Description | Filing Status | # of Exempt | Addtl Amt/Pct | This Check | YTD Amount |
|---|---|---|---|---|---|
| Federal Withholding Tax | SINGLE | N/A | | 158.92 | 342.50 |
| Medicare - Employee Contribution | | | | 28.42 | 69.02 |
| Pennsylvania Grove City Mercer Cou | | 0 | | 19.60 | 47.60 |
| Pennsylvania State Employee Unem | | | | 1.37 | 3.33 |
| Pennsylvania State Withholding | | 0 | | 60.18 | 146.15 |
| Social Security - Employee Contribut | | | | 121.53 | 295.15 |
| **Total Employee Taxes :** | | | | **390.02** | **903.75** |

### Deductions

| Description | Tier Code / Description | This Check | YTD Amount |
|---|---|---|---|
| OP TAX | | 0.00 | 10.00 |
| **Total Employee Deductions :** | | **0.00** | **10.00** |

### Direct Deposits

| Description/Type | | This Check | YTD Amount |
|---|---|---|---|
| CB GROVE CITY FCU | Checking | 1,570.20 | 3,008.47 |
| **Total Direct Deposits :** | | **1,570.20** | **3,008.47** |

### Check Summary

| Description | This Check | YTD Amount |
|---|---|---|
| Earnings: | 1,960.22 | 4,760.56 |
| Taxes: | 390.02 | 903.75 |
| Deductions: | 0.00 | 10.00 |
| Net Amount: | 1,570.20 | 3,846.81 |
| Direct Deposits: | 1,570.20 | 3,008.47 |
| **Check Amount:** | **0.00** | **838.34** |

### Message Center

DID YOU KNOW? June 1st is National Go Barefoot Day and the 1st Friday in June is National Doughnut Day...

| | | |
|---|---|---|
| Mercer County BHC, Inc.<br>8406 Sharon-Mercer Road<br>Mercer, PA  16137 | FIRST NATIONAL BANK OF PENN. | 60-1809/433 |

| CHECK DATE | CHECK # |
|---|---|
| 05/30/2024 | 000143787 |

## Non-Negotiable

PAY    ********** Non-Negotiable **********

AMOUNT
DIRECT DEPOSIT

Void after 90 days

TO THE
ORDER
OF

TAMMY  STRAUGHN
152 EDGEWOOD AVENUE
GROVE CITY PA 16127