File No.:

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 24-22746 GLT |
| | : | |
| Tammy L. Straughn, | : | Chapter 13 |
| | : | |
| Debtor, | : | Document No. |
| | : | |
| Tammy L. Straughn, | : | Related to Document No. |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Deutsche Bank National Trust Company and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Defendants/Respondents. | | |

### CERTIFICATION OF NO OBJECTION TO OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Notice of Mortgage Payment Change filed on December 8, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon. Pursuant to the Court's Order, objections to Debtor's objection were to be filed and served no later than December 29, 2025.

It is hereby respectfully requested that the Order attached to the Objection to Notice of Mortgage Payment Change be entered by the Court.

Dated: December 30, 2025

                                                CALAIARO VALENCIK, P.C.

                                                By    /s/ Daniel R. White
                                                      Daniel R. White
                                                      PA I.D. No. 78718
                                                      8 Nickman Plaza
                                                      Lemont Furnace, PA 15456
                                                      Office: 724-719-9388
                                                      Email: Dwhite@c-vlaw.com
                                                      Attorneys for Debtor