**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re: <br><br> **Tammy L. Straughn** <br>                Debtors. <br> **Tammy L. Straughn** <br>               Objecting Party <br>     v. <br> **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2004-HE4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-HE4** <br>              Respondents. | Bankruptcy **24-22746-GLT** <br><br> Chapter 13 <br><br> Related to Doc. No. 53 |

## RESPONSE TO AMENDED OBJECTION TO THE NOTICE OF MORTGAGE PAYMENT CHANGE RE: CLAIM NUMBER 14.

The undersigned, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, attorneys for Secured Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2004-HE4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-HE4. ("Secured Creditor"), hereby files its Response to Amended Objection to the Notice of Mortgage Payment Change Re: Claim Number 14. ("Objection") (DE #53), and in support thereof states as follows:

1. Debtor, **Tammy L. Straughn** ("Debtors"), filed the instant Chapter 13 Petition on November 7, 2024.

2. Secured Creditor holds an interest in Debtor's real property located at 637 BRANCHTON RD SLIPPERY ROCK, PA 16057.

3. Secured Creditor timely filed its Proof of Claim on January 16, 2025 as Claim Number 14-1.

4. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), a proof of claim (and, by extension, supplemental proof of claim) executed and filed in accordance with the Bankruptcy Rules "shall constitute prima facie evidence of the validity and amount of the claim."

5. On November 20, 2025, Secured Creditor filed its Notice of Mortgage Payment Change

6. On December 8, 2025 Debtor filed an Amended Objection, asserting allegations opposing Secured Creditor's claim.

7. Section 10 of the Real Estate Settlement Procedures Act ("RESPA") discusses escrow shortages and set limits on the amount of money a lender may require the borrower to hold in an escrow account for payment of taxes, insurance, etc....

8. Section 10 of RESPA states in pertinent part that, each month the lender may require a borrower to pay into the escrow account no more than 1/12 of the total of all disbursements payable during the year, plus an amount necessary to pay for any shortage in the account. In addition, the lender may require a cushion, not to exceed an amount equal to 1/6 of the total disbursements of the year. Also, the lender must perform an escrow account analysis once during the year and notify borrowers of any shortage.

9. Additionally, Section 10 of RESPA states that, if the escrow account analysis discloses a deficiency, then the servicer may require the borrower to pay additional monthly deposits to the account to eliminate the deficiency. If the deficiency is less than one month's escrow account payment, then the servicer, may allow the deficiency to exist and do nothing to change it, may require the borrower to repay the deficiency within 30 days, or may requires the borrower to repay the deficiency in two or more equal monthly payments.

10. Attached to secured Creditor's Notice of Mortgage Payment Change is an Escrow Account Disclosure Statement, which clearly sets forth the Projected Escrow Shortage amount of $10,078.30 as calculated according to the requirements of Section 10 of RESPA.

11. Although the Secured Creditor's Proof of Claim included a projected escrow shortage in the amount of $ 3,455.05 in the arrearage figure, Secured Creditor has the right to perform an escrow account analysis once during the year and require these amounts during the bankruptcy to prevent the escrow account from being overdrawn.

12. Secured Creditor's Notice of Mortgage Payment Change is neither incorrect nor improper as filed.

13. Secured Creditor reserves the right to supplement its Response to Debtors' Objection at any time before or at the hearing.

WHEREFORE, Creditor respectfully requests that this Honorable Court overrules Debtor's objection and allows Secured Creditor's Notice of Mortgage Payment Change as filed so as to preserve Creditor's Claim, and for such other and further relief as the Court may deem just and proper.

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: /s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br><br>**Tammy L. Straughn**<br>　　　　　Debtor.<br>**Tammy L. Straughn**<br>　　　　　Objecting Party<br>　　v.<br>**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2004-HE4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-HE4**<br><br>Respondents. | Bankruptcy **24-22746-GLT**<br><br>Chapter 13<br><br>Related to Doc. No. 53 |

CERTIFICATE OF SERVICE

　　I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on **12/31/2025**,.

　　The types of service made on the parties were:

By First-Class Mail:

Tammy L. Straughn
152 Edgewood Avenue
Grove City, PA 16127

Donald R. Calaiaro
Calaiaro Valencik
555 Grant Street Suite 300
Pittsburgh, PA 15219

Ronda J. Winnecour , *Trustee*
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

*U.S. Trustee*
*Office of the United States Trustee*
*1000 Liberty Avenue Suite 1316*
*Pittsburgh, PA 15222*

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 561-997-6909

　By: /s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com