Case 24-22746-GLT    Doc 57    Filed 01/14/26    Entered 01/14/26 16:43:53    Desc Main
Document    Page 1 of 1

FILED
1/14/26 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  24-22746-GLT |
| | : | Chapter:  13 |
| Tammy L. Straughn | : | |
| | : | |
| | : | Date:  1/14/2026 |
| *Debtor(s).* | : | Time:  09:00 |

## PROCEEDING MEMO

**MATTER:**   # 53 - Amended Objection to the Notice of Mortgage Payment Change Re: Claim Number 14 filed by the Debtor
       # 55 - Certificate of No Objection
       # 56 - Response filed by Deutsche Bank National Trust

**APPEARANCES**:
            Debtor:   Daniel White
     Deutsche Bank:   Brent Lemon

[9:12]
**NOTES:**

White: I had a conversation with Attorney Shearer this morning and we agreed to a continuance. I am encouraged by our conversation.

Lemon: Folks better at math than I are trying to work this out so we are looking for an additional 30 days to figure this out.

**OUTCOME:**

1. For the reasons stated on the record at the January 14, 2026 hearing, the hearing on the *Objection to the Notice of Mortgage Payment Change Re: Claim Number 14* [Dkt. No. 53] is **CONTINUED** to February 11, 2026 at 9:00 a.m. [Text Order]

**DATED:**  1/14/2026