IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/11/26 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 24-22746-GLT |
| | : | Chapter: | 13 |
| Tammy L. Straughn | : | | |
| | : | | |
| | : | Date: | |
| *Debtor(s).* | : | Time: | |

## PROCEEDING MEMO

**MATTER:**   # 53 Continued Amended Objection to the Notice of Mortgage
  Payment Change Re: Claim Number 14.
     # 56 - Response filed by Deutsche Bank National Trust Company

**APPEARANCES** :
   Debtor: Daniel White
   Deutsche Bank: Christopher Wright, Scott Ciupak

[10:11]
**NOTES:**

White: We have had some additional discussions. We haven't resolved the outstanding issues yet. I have been told that the bank agrees 95% with what I have stated. We are asking for an additional 30 days.

Court: Where does the case sit on its own?

White: The debtor has had some issues with TFS. She has tried to make several payments. We have directed her to send a direct payment until we get TFS resolved.

Court: So if the issue is not money, should we expect the payment to be greater than one month?

White: It was my understanding that it was several months of a lump sum.

Wright: We are requesting a continuance to see if these issues can be worked out.

White: It was my understanding that national counsel was reviewing this and getting involved.

Ciupak: Mr. White is correct, the issue has to do with an unanticipated advance for taxes at the beginning of this case. Not sure if it was a special assessment or if it should be a part of the prepetition arrears.

Court: Am I better off setting a deadline 30 days down the road requiring a stipulation?

White: Yes. We are just looking for a final resolution. I think a deadline would do that.

Wright: I agree.

**OUTCOME:**

  1. For the reasons stated on the record at the February 11, 2026 hearing, the *Amended Objection to the Notice of Mortgage Change Re: Claim Number 14* [Dkt. No. 53] is resolved under the terms of this order. On or before March 13, 2026, the *Notice of*

*Mortgage Payment* change shall either be withdrawn or the parties shall submit a stipulated consent order under a certification of counsel which documents the resolution of the current objection and specifies the escrow payment. [Text Order]

**DATED:**