**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

IN RE: CASE NO.: 24-22746-GLT

**Tammy L. Straughn,** CHAPTER 13
**Debtor.**

_____/

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT, on behalf of Deutsche Bank National Trust

Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2004-HE4, Mortgage Pass-

Through Certificates, Series 2004-HE4 ("Secured Creditor”), the undersigned hereby withdraws

the following document:

**Notice of Mortgage Payment Change Filed by McGowan, Michelle on behalf of** Deutsche

Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2004-

HE4, Mortgage Pass-Through Certificates, Series 2004-HE4 **Claim # 14-1 (Image:28907842-0)**

**filed November 20, 2025.**

Robertson, Anschutz, Schneid, Crane & Partners,
PLLC
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112

By: /s/ Robert Shearer
Robert Shearer
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on March 6, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Tammy L. Straughn
152 Edgewood Avenue
Grove City, PA 16127

And via electronic mail to:

Donald R. Calaiaro
Calaiaro Valencik
555 Grant Street
Suite 300
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112

By: /s/  Robert Shearer
Robert Shearer
Pennsylvania Bar Number 83745
Email:  rshearer@raslg.com