FILED
3/11/26 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 24-22746-GLT |
| | : | Chapter: | 13 |
| Tammy L. Straughn | : | | |
| | : | | |
| | : | Date: | 3/11/2026 |
| *Debtor(s).* | : | Time: | 09:00 |

**PROCEEDING MEMO**

**MATTER:**  #59 - Trustees Certificate of Default Requesting Dismisal of Case
#61 - Notice of Proposal to Cure Plan Defaults

[#67 Conciliation hearing held. Contested Confirmation
Hearing requested - Lack of payments. From 2/26/2026
conciliation conference. 1 PAYMENT RECEIVED IN 15
MONTHS, NO PAYMENT SINCE AUGUST 2025]

**APPEARANCES**:
Debtor:      Daniel White
Trustee:      Owen Katz

[9:12]
**NOTES:**

Katz: We never posted that $5,000 payment. We haven't received a payment in this case since August 2025. We are now 16 months into the case. Current arrears are $20,251. The monthly payment would need to be $3,149.

White: This is a case where I have had some spotty communication with the Debtor. She has attempted five TFS payments over the past two months. I told her this month, she should send funds through certified check. I thought the Debtor was self-employed, but she actually does have attachable wages. We would need to do an amended Schedule I and J. Can I have 10 days to get a wage attachment and update the schedules? I apologize for not knowing about the wage attachment.

Court: If the TFS isn't going through for mechanical reasons, why am I only looking at a $3,200 payment?

White: I expected it to be within the $5,000 range.

Court: The trustee has not received any acknowledgment of the $3,200 payment?

Katz: As of yesterday, I have not.

Court: Why did the trustee's office previously  recommend final confirmation when there was no payment made?

Katz: As a rule, we should not be confirming without proof of payment. Sometimes I personally will confirm final if there is a representation by Debtor's counsel that a payment is on the way.

**OUTCOME:**

1. For the reasons stated on the record at the March 11, 2026 hearing, the trustee's *Certificate of Default Requesting Dismissal of Case* [Dkt. No. 59] is **GRANTED**. [Text Order]

2. For the reasons stated on the record at the March 11, 2026 hearing, Case No. 24-22746-GLT is **DISMISSED**. [System Order]

**DATED:**  3/11/2026