FILED
3/9/26 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                                    **CASE NO.: 24-22746-GLT**

**Tammy L. Straughn,**                                      **CHAPTER 13**
**Debtor.**

_____/

Related Dkt. No. 68

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of Deutsche Bank National Trust

Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2004-HE4, Mortgage Pass-

Through Certificates, Series 2004-HE4 ("Secured Creditor"), the undersigned hereby withdraws

the following document:

**Notice of Mortgage Payment Change Filed by McGowan, Michelle on behalf of** Deutsche

Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2004-

HE4, Mortgage Pass-Through Certificates, Series 2004-HE4 **Claim # 14-1 (Image:28907842-0)**

**filed November 20, 2025.**

So ORDERED this 9th day of March 2026

_____
GREGORY  TADDONIO **hct**
CHIEF UNITED STATES BANKKRUPTCY JUDGE

Robertson, Anschutz, Schneid, Crane & Partners,
PLLC
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112

By: /s/ Robert Shearer
Robert Shearer
Pennsylvania Bar Number 83745
Email:  rshearer@raslg.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 24-22746-GLT

Tammy L. Straughn                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

**Recip ID                Recipient Name and Address**
db               + Tammy L. Straughn, 152 Edgewood Avenue, Grove City, PA 16127-1657

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason   Name and Address**
cr                       Deutsche Bank National Trust Company, as Trustee f

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:**

**Name                                Email Address**

Daniel R. White
          on behalf of Debtor Tammy L. Straughn r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

Denise Carlon
          on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2004-HE4, Mortgage Pass-Through Certificates, Series 2004-HE4 dcarlon@kmllawgroup.com

Donald R. Calaiaro
          on behalf of Debtor Tammy L. Straughn dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro

District/off: 0315-2

User: auto

Page 2 of 2

Date Rcvd: Mar 09, 2026

Form ID: pdf900

Total Noticed: 1

on behalf of Plaintiff Tammy L. Straughn dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Jeffrey Hunt

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Michelle L. McGowan

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2004-HE4,
Mortgage Pass-Through Certificates, Series 2004-HE4 mimcgowan@raslg.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Robert Shearer

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2004-HE4,
Mortgage Pass-Through Certificates, Series 2004-HE4 rshearer@raslg.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 9