**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TAMMY L. STRAUGHN

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:24-22746 GLT

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1.  The case was filed on 11/07/2024  and confirmed on 01/24/2025 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,500.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,500.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 304.59 | |
| Trustee Fee | 150.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 454.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - | 0.00 | 1,155.19 | 0.00 | 1,155.19 |
| Acct: 2827 | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - | 23,666.30 | 0.00 | 0.00 | 0.00 |
| Acct: 2827 | | | | |
| DEUTSCHE BANK NATL TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TENNESSEE COMMERCE BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4165 | | | | |
| SANTANDER CONSUMER USA D/B/A CHR | 29,336.37 | 0.00 | 885.23 | 885.23 |
| Acct: 5197 | | | | |
| | | | | 2,040.42 |
| Priority | | | | |
| DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TAMMY L. STRAUGHN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TAMMY L. STRAUGHN | 4.99 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 24-22746 GLT | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| **Creditor Type   Creditor Name** | **Claim Amount** | **Prin Paid** | **Int Paid** | **Total Paid** |
| **Priority** | | | | |
| CALAIARO VALENCIK | 5,000.00 | 304.59 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 4,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 4.99 | 4.99 | 0.00 | 4.99 |
| Acct: XXXXXXXXXXXXXXXXX2746 | | | | |
| | | | | 4.99 |
| **Unsecured** | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TRIANGLE GASOLINE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATG CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AUTOMATED FUELING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8880 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0580 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 2,760.81 | 0.00 | 0.00 | 0.00 |
| Acct: 1478 | | | | |
| CASCADE EXPRESS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 2,337.55 | 0.00 | 0.00 | 0.00 |
| Acct: 7018 | | | | |
| AIDVANTAGE O/B/O US DEPT OF EDUCAT | 28,983.77 | 0.00 | 0.00 | 0.00 |
| Acct: 9237 | | | | |
| DISCOVER BANK(*) | 2,065.99 | 0.00 | 0.00 | 0.00 |
| Acct: 0024 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 672.36 | 0.00 | 0.00 | 0.00 |
| Acct: 2337 | | | | |
| KEYSTONE SPRING SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0100 | | | | |
| LENDING POINT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ONE CALL RENTALS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PETAL CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S AND G GAS AND OIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 344.69 | 0.00 | 0.00 | 0.00 |
| Acct: 4055 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CF | 10,991.98 | 0.00 | 0.00 | 0.00 |
| Acct: 4446 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,333.93 | 0.00 | 0.00 | 0.00 |
| Acct: 1234 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 14,295.89 | 0.00 | 0.00 | 0.00 |
| Acct: 5028 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,364.82 | 0.00 | 0.00 | 0.00 |
| Acct: 5327 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 3,349.21 | 0.00 | 0.00 | 0.00 |
| Acct: 1868 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,046.39 | 0.00 | 0.00 | 0.00 |
| Acct: 3615 | | | | |
| LVNV FUNDING LLC | 621.79 | 0.00 | 0.00 | 0.00 |
| Acct: 7540 | | | | |

| 24-22746 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JT TRUCKING INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | 2,045.41 |
|---|---|---|

TOTAL CLAIMED
PRIORITY             4.99
SECURED          53,002.67
UNSECURED       70.169.18

Date: 06/17/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com